UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR: 5:02-0152-RS |
| Plaintiff, | ) ORDER OF DISMISSAL |
| v. | ) |
| GARY ANTHONY THELEN, | ) |
| Defendant. | ) |

Leave is granted to the government to dismiss the complaint. The complaint is hereby ordered dismissed without prejudice.

Date: 7/28/15

HOWARD R. LLOYD
United States Magistrate Judge

NOTICE OF DISMISSAL (CR 5:02-152-RS)